IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE A. GONZALES,

        Petitioner,                         No. CIV S-11-2517 GEB GGH P

    vs.

G.D. LEWIS,

        Respondent.                       ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion to dismiss on December 8, 2011, yet petitioner has failed to file an opposition or otherwise communicate with the court. Petitioner shall file an opposition to the motion to dismiss within 21 days or else it will be recommended that this case be dismissed.

        In accordance with the above, IT IS HEREBY ORDERED that petitioner file an opposition to the motion to dismiss within 21 days of service of this order or else it will be recommended this case be dismissed.

DATED: January 20, 2012

                                       /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

GGH: AB - gonz2517.ord

1